**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | Case No. 24-42447 |
| Sassy Medchill LLC § | |
| § | |
| Debtor. § | |

**ORDER SETTING PLAN RELATED DEADLINES**
**AND HEARING ON CONFIRMATION**
**(SMALL BUSINESS DEBTOR – SUBCHAPTER V)**

On **January 14, 2025**, the debtor in the above referenced case (the "Debtor") filed a Plan of Reorganization, and in light of the Debtor's election to have subchapter V of chapter 11 apply to this case, the Court finds cause for entry of this Order.

**IT IS THEREFORE ORDERED, AND NOTICE IS HEREBY GIVEN, THAT:**

A. On or before **January 18, 2025**, a copy of this Order, the Debtor's proposed Chapter 11 Plan, and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d); however, in accordance with 11 U.S.C. §1126(f), acceptances and rejections will not be solicited from any class that is not impaired under the proposed plan;

B. **February 16, 2025** is fixed as the last day for submitting written acceptances or rejections of the Debtor's proposed Chapter 11 plan which must be received by **5:00 p.m. (CDT)** on that date at the offices of **Robert C. Lane, The Lane Law Firm PLLC, 6200 Savoy Dr Ste 1150, Houston, TX 77036-3369**, and no acceptances or rejections received after the stated

deadline shall be counted or otherwise included in the tabulation of acceptances and rejections of the Debtor's proposed Chapter 11 plan without further Court order;

C. **February 14, 2025** is fixed as the last day for filing and serving written objections to confirmation of the Debtor's proposed Chapter 11 plan pursuant to Federal Rule of Bankruptcy Procedure 3020(b)(1) and all comments or objections not timely filed and served by such deadline shall be deemed waived;

D. The hearing to consider the confirmation of the Debtor's proposed Chapter 11 Plan is fixed and shall be held on **February 18, 2025 at 9:30 a.m.** in the Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, Texas 75074, which hearing may be adjourned or continued to a different date without further notice other than notice given in open court at such hearing.

Signed on 01/15/2025

_Brenda T. Rhoades_    SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE